Entered: October 16, 2019
Signed:  October 16, 2019

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:   Case No.:  19–19524 – DER     Chapter:  7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

Small Property Management LLC
*debtor has no known aliases*
3527 Rolling Road Suite 21
Windsor Mill, MD 21244

Social Security No.:

Employer's Tax I.D. No.:  35–2493095

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above−named debtor on 7/15/19.

The estate of the above−named debtor has been fully administered.

ORDERED, that Monique D. Almy is discharged as trustee of the estate of the above−named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec –** *lalexander*